**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SHEDRICK BRUMFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-17078** |
| **WARREN MONTGOMERY**<br>**ST TAMMANY PARISH**<br>**DISTRICT ATTORNEY, ET AL.** | **SECTION "R"** |

# ORDER

Plaintiff Shedrick Brumfield has filed a complaint for a writ of mandamus. In order for the Court to determine the action, if any, that shall be taken,

IT IS ORDERED that the Clerk of Court serve a copy of the complaint and this order on the Attorney General for the State of Louisiana and the District Attorney for St. Tammany Parish.

The Attorney General for the State of Louisiana and the District Attorney for St. Tammany Parish are ordered to file an answer containing a written statement of the its position concerning plaintiff's complaint and a list of citations of authorities upon which the it relies within 15 days of the date of service of the complaint and this order.

New Orleans, Louisiana, this 14th day of March, 2017.

Sarah Vance
_____________________________________
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE